IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINORA CASTELLON REYES,

    Petitioner,

v.                                        Case No. 2:25-cv-00893-MLG-JHR

DORA CASTRO, Warden, Otero County
Processing Cetner, et al.,

    Respondents.

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Petitioner's Motion for Voluntary Dismissal. Doc. 9. The Court, having considered the motion and being otherwise fully informed, finds that the motion is well taken and is therefore granted.

Petitioner's Petition for Writ of Habeas Corpus is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). The parties shall bear their own costs and attorney's fees.

It is so ordered.

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA